# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Electric Energy, Inc., et al.

**v.**

Environmental Protection Agency, et al.

**Case No:** 22-1056

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Electric Energy, Inc. | Luminant Generation Company LLC |
| Coleto Creek Power, LLC | Miami Fort Power Company LLC |
| Zimmer Power Company LLC | Dynegy Midwest Generation, LLC |
| Illinois Power Generating Company | Illinois Power Resources Generating, LLC |

### Counsel Information

**Lead Counsel:**

Direct Phone: ( ) ____  Fax: ( ) ____  Email: ____

**2nd Counsel:** David Fotouhi

Direct Phone: ( 202 ) 955-8502  Fax: ( 202 ) 530-4238  Email: dfotouhi@gibsondunn.com

**3rd Counsel:**

Direct Phone: ( ) -  Fax: ( ) -  Email:

**Firm Name:** Gibson, Dunn & Crutcher LLP

**Firm Address:** 1050 Connecticut Avenue, NW, Washington, DC 20036

**Firm Phone:** ( 202 ) 955-8500  Fax: ( ) -  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 2001-2866 333

**Case Caption:** Electric Energy, Inc., et al.

v.                                              **Case No:** 22-1056

Environmental Protection Agency, et al.

## Additional Party Information

Ninth Petitioner: Kincaid Generation, L.L.C.